# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **BRIGID GATCHELL** | : | **CIVIL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **COMMISSIONER OF SOCIAL SECURITY** | : | **NO. 20-4897** |

## ORDER

**NOW**, this 11th day of May, 2020, upon consideration of the Brief in Support of Plaintiff's Request for Review (Doc. No. 14), the defendant's response, the plaintiff's Reply to the Response, the Report and Recommendation of United States Magistrate Judge Lynne A. Sitarski (Doc. No. 17), the Plaintiff's Objections to the Magistrate Judge's Report and Recommendations, and the defendant's response, and after a thorough and independent review of the record, it is **ORDERED** as follows:

1. The plaintiff's objections are **OVERRULED**;

2. The Report and Recommendation is **APPROVED** and **ADOPTED**; and

3. The plaintiff's request for review is **DENIED**.

/s/ TIMOTHY J. SAVAGE J.